1  NATHAN R. REINMILLER, ESQ.
   Nevada Bar No.: 006793
2  NATHAN D. SEVERSON, ESQ.
   Nevada Bar No.: 009686
3  ALVERSON, TAYLOR,
   MORTENSEN & SANDERS
4  7401 W. Charleston Boulevard
5  Las Vegas, NV 89117
   Tel: (702) 384-7000
6  Fax: (702) 385-7000
7  Attorneys for Plaintiff
   AAA Nevada Insurance Company

8
                    UNITED STATES DISTRICT COURT
9
                        DISTRICT OF NEVADA
10                             ***

11
   AAA NEVADA INSURANCE COMPANY,      Case No. 2:08-cv-827-GMN-LRL
12
                    Plaintiff,
13
14 vs.

15 VINH CHAU; LANG CHAU; DOES 1-20;
   and ROES 1-20, inclusive,
16
                    Defendants,
17                                            **JUDGMENT**

18 BENJAMIN  D.  BUENAVENTURA,  JR.,
   MARK  FRANCIS  D.  BUENAVENTURA,
19 FIDES B. PALAPAR, MARY CHRISTINE
   B.   PANGILINAN,   LAURA   E.
20 BUENAVENTURA,   MARIA   A.
   BUENAVENTURA,  ROSALIND  BACUS,
21 and CLARA DELEON BUENAVENTURA,
   individually and as Special Administrators for
22 the    Estate    of    BENJAMIN
   BUENAVENTURA,
23
24
                    Intervenors.
25

26     Plaintiff, AAA NEVADA INSURANCE COMPANY, having obtained Mandate[1]

27 awarding costs in the amount of $28.00 from the Ninth Circuit Court of Appeals related to

28
   ─────────────────────
   1      See Mandate attached hereto as Exhibit "A."

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

NRR-16915

Intervenors' appeal of this U.S. District Court matter against Intervenors BENJAMIN D. BUENAVENTURA, JR., MARK FRANCIS D. BUENAVENTURA, FIDES B. PALAPAR, MARY CHRISTINE B. PANGILINAN, LAURA E. BUENAVENTURA, MARIA A. BUENAVENTURA, ROSALIND BACUS, and CLARA DELEON BUENAVENTURA, individually and as Special Administrators for the Estate of BENJAMIN BUENAVENTURA in the amount of $28.00 January 17, 2012 and good cause appearing therefore:

IT IS ORDERED that Plaintiff, AAA NEVADA INSURANCE COMPANY, recover of and from Intervenors, BENJAMIN D. BUENAVENTURA, JR., MARK FRANCIS D. BUENAVENTURA, FIDES B. PALAPAR, MARY CHRISTINE B. PANGILINAN, LAURA E. BUENAVENTURA, MARIA A. BUENAVENTURA, ROSALIND BACUS, and CLARA DELEON BUENAVENTURA, individually and as Special Administrators for the Estate of BENJAMIN BUENAVENTURA, as follows:

///
///
///
///
///
///
///
///
///
///
///

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

NRR-16915

1   That Judgment in favor of Plaintiff, AAA NEVADA INSURANCE COMPANY, be

2   entered against Intervenors, BENJAMIN D. BUENAVENTURA, JR., MARK FRANCIS D.

3   BUENAVENTURA, FIDES B. PALAPAR, MARY CHRISTINE B. PANGILINAN, LAURA

4   E. BUENAVENTURA, MARIA A. BUENAVENTURA, ROSALIND BACUS, and CLARA

5   DELEON BUENAVENTURA, individually and as Special Administrators for the Estate of

6   BENJAMIN BUENAVENTURA for $28.00.

7   That interest shall accrue on the above amounts at the legal rate until paid in full.

8

9                                   **ORDER**

10  **IT IS SO ORDERED** this 30th day of January, 2012.

11

12  _____

13  Gloria M. Navarro
    United States District Judge

14  Respectfully Submitted by:

15  ALVERSON, TAYLOR, MORTENSEN & SANDERS

16

17

18  NATHAN R. REINMILLER, ESQ.
    Nevada Bar No.: 006793

19  NATHAN D. SEVERSON, ESQ.
    Nevada Bar No.: 009686

20  7401 W. Charleston Boulevard
    Las Vegas, NV  89117

21  Attorneys for Plaintiff

22

23

24

25

26

27

28

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

NRR-16915

# EXHIBIT A

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

> **FILED**
>
> JAN 17 2012
>
> MOLLY C. DWYER, CLERK
> U.S. COURT OF APPEALS

AAA NEVADA INSURANCE
COMPANY,

                  Plaintiff - Appellee,

v.

VINH CHAU; LANG CHAU

                  Defendants

and

BENJAMIN D. BUENAVENTURA,
individually; et al.,

                  Intervenors - Appellants,

No. 10-16793

D.C. No. 2:08-cv-00827-GMN-LRL
U.S. District Court for Nevada, Las
Vegas

**MANDATE**

        The judgment of this Court, entered December 22, 2011, takes effect this date.

        This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        Costs are awarded to the appellee in the amount of $28.00.

                  FOR THE COURT:
                  Molly C. Dwyer
                  Clerk of Court

                  Theresa Benitez
                  Deputy Clerk