# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AAA NEVADA INSURANCE COMPANY, | ) |
| Plaintiff, | ) 2:08-cv-00827-RCJ-CWH |
| vs. | ) **ORDER** |
| VINH CHAU; LANG CHAU; DOES 1-20; AND ROES 1-20, inclusive, | ) |
| Defendants, | ) |
| BENJAMIN D. BUENAVENTURA, JR., et al., | ) |
| Intervenors. | ) |

Pending before the Court is Plaintiff AAA's motion to stay proceedings pending Intervenors' appeals from the bankruptcy court. (ECF No. 142). For the reasons stated herein, the Court denies the motion.

With respect to Intervenors' motion to strike (ECF No. 134), and AAA's motion for leave to file a sur-reply, the motion to stay has been rendered moot by the Court's November 26, 2013 Order granting the motion to strike and denying the motion for leave (ECF No. 145). The Court's reasoning in that Order is not dependent on the outcome of the bankruptcy appeals. At the present time, there are no pending motions in this case or case number 2:12-cv-01402-JCM-VCF, which has been consolidated into this case, (ECF No. 143). Therefore, at this time, the Court finds no reason to stay the proceedings.

///

///

## CONCLUSION

IT IS HEREBY ORDERED that Plaintiff's motion to stay proceedings (ECF No. 142) is DENIED.

IT IS SO ORDERED.

Dated: December 11, 2013

_____
ROBERT C. JONES
United States District Judge