CURRIDEN, ARNESON & ANDERTON
Lisa A. Costello, Esq.
Nevada Bar No. 6260
7201 W. Lake Mead Blvd., Ste. 580
Las Vegas, NV 89128
Tel: 510-267-7200
Fax: 702-870-2886
lisa.costello@csaa.com
Attorneys for Plaintiff,
AAA NEVADA INSURANCE COMPANY
and Defendant, WESTERN UNITED
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AAA NEVADA INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>VINH CHAU; LANG CHAU; DOES 1-20, and ROES 1-20, inclusive,<br><br>Defendants,<br><br>BENJAMIN D. BUENAVENTURA, JR., MARK FRANCIS D. BUENAVENTURA, FIDES B. PALAPAR, MARY CHRISTINE B. PANGILINAN, LAURA E. BUENAVENTURA, MARIA A. BUENAVENTURA, ROSALIND BACUS, and CLARA DELEON BUENAVENTURA, individually and as Special Administrators for the Estate of BENJAMIN BUENAVENTURA,<br><br>Intervenors. | Case No. 2:08-cv-827-RCJ-CWH<br><br>Consolidated with<br><br>Case No.: 2:12-cv-01402-RCJ-CWH<br><br>**STIPUATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF BUENAVENTURA V CHAU, CASE NO. 2:12-cv-01402-RCJ-CWH** |

[743794v1]

**STIPUATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF**
<u>**BUENAVENTURA V. CHAU, CASE NO. 2:12-cv-01402-RCJ-CWH**</u>

IT IS HEREBY STIPULATED and AGREED between Plaintiffs BENJAMIN BUENAVENTURA, JR., MARK FRANCIS D. BUENAVENTURA, FIDES B. PALAPAR, MARY CHRISTINE B. PANGILINAN, LAURA E. BUENAVENTURA, MARIA A. BUENAVENTURA, ROSALIND BACUS, CLARA DELEON BUENAVENTURA (individually and as Special Administrator for the Estate of Benjamin Buenaventura) (hereinafter "PLAINTIFFS") by and through their counsel, CHRISTENSEN LAW OFFICES, and Defendant WESTERN UNITED INSURANCE COMPANY by and through its counsel, CURRIDEN, ARNESON & ANDERTON, and Defendants Vinh Chau and Lang Chau by and through their counsel, MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, (hereinafter collectively referred to as "DEFENDANTS") that all of PLAINTIFFS' claims and causes of action against all DEFENDANTS in the action entitled *Buenaventura v. Chau*, Case No. 2:12-cv-01402-RCJ-CWH shall be dismissed, with prejudice, each side to bear their own attorneys' fees and costs.

Dated this 29 day of June, 2016.

CURRIDEN, ARNESON & ANDERTON

*/s/ Lisa A. Costello*
_____

Lisa A. Costello, Esq.

Nevada Bar No. 6260

7201 West Lake Mead Blvd., Suite 580

Las Vegas, NV 89128

Attorneys for Defendant,

Western United Insurance Company

[743794v1]

Dated this 20th day of June, 2016.

CHRISTENSEN LAW OFFICES

_____

Dawn Hooker, Esq.

Nevada Bar No. 7019

1000 S. Valley View Boulevard

Las Vegas, NV 89107

Attorneys for Plaintiffs

Dated this 29 day of June, 2016.

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH

_____

Gordon M. Park, Esq.

Nevada Bar No. 7124

8337 W. Sunset Road

Las Vegas, NV 89113

Attorneys for Defendants,

VINH CHAU & LANG CHAU

**ORDER**

IT IS SO ORDERED.
Dated: June 30, 2016.

_____
UNITED STATES DISTRICT JUDGE

[743794v1]